

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-16-2004

# D'Iorio v. Majestic Lanes Inc

Precedential or Non-Precedential: Precedential

Docket No. 03-1788

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"D'Iorio v. Majestic Lanes Inc" (2004). *2004 Decisions.* Paper 550.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/550

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 03-1788
_____

JOHN D'IORIO;
DIANE D'IORIO

v.

MAJESTIC LANES INC.,
a New Jersey Corporation,

Appellant
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

(D.C. No. 01-cv-00809)
District Judge:  The Honorable Harold A. Ackerman
_____

ARGUED MARCH 9, 2004

Before:  SLOVITER, NYGAARD, <u>Circuit</u> <u>Judges</u> and OBERDORFER, <u>District</u> <u>Judge</u>[*]

(Filed June 16, 2004)
_____

_____

[*].  Hon. Louis F. Oberdorfer, Senior District Judge, United States District Court for the District of Columbia, sitting by designation.

Anthony S. McCaskey, Esq. (Argued)
Peter B. Van Deventer, Jr., Esq.
St. John & Wayne
Two Penn Plaza East
Newark, NJ 07105
                    Counsel for Appellant


Scott K. McClain, Esq. (Argued)
Winne, Banta, Hetherington & Basralian
25 Main Street
Court Plaza North
Hackensack, NJ 07602
                    Counsel for Appellee

## ORDER AMENDING SLIP OPINION


It is now ordered that the published Opinion in the above case filed June 3, 2004,

be amended as follows:

On page 2, the seventh line of the second paragraph under section I, delete

"arbitration", and insert "trial *de novo*".  The sentence should now read:

> Following the passage of the thirty-day limitation on demands for
> trial *de novo*, D'Iorio filed a document styled as a "Notice of
> Withdrawal of Demand for Trial *De Novo*," requesting that the
> District Court withdraw his demand for a trial *de novo* and reinstate
> the arbitration award.

                    By the Court


                    ___/s/ Richard L. Nygaard_____
                    Circuit Judge


Dated:    6/16/2004